988 A.2d 1288

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**David S. KNOBLE, Respondent.**

Supreme Court of Pennsylvania.

Feb. 3, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of February, 2010, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue, rephrased for clarity, is:

Whether the Superior Court erred in concluding a probationer may invoke his Fifth Amendment right against self-incrimination for an unrelated offense, regardless of whether the information will be used in subsequent criminal proceedings, and whether such invocation must be made at the time of interrogation.